SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
BP RESORT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Dwain Lammey,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BP Resort, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | Case No. 8:21-cv-86<br><br>**DECLARATION OF MYRA B. VILLAMOR IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>(Orange Superior Court Case No. 30-2020-01174074-CU-CR-CJC)<br><br>Complaint Filed: December 11, 2020 |
|---|---|

I, Myra B. Villamor, hereby declare and state as follows:

1. I have personal knowledge of the following facts and, if called as a witness herein, could and would testify to their accuracy.

2. I am an attorney admitted to practice in the State of California and I am admitted to appear before this Court. I am an attorney in the Los Angeles - Century City office of Seyfarth Shaw LLP, counsel of record for Defendant BP Resort, LLC ("Defendant"), in the above-captioned matter filed on behalf of Plaintiff Dwain Lammey ("Plaintiff") (collectively the "Parties"). In my role as counsel for Defendant, all of the pleadings and other records are maintained in my office in the ordinary course of business under my direction and control.

3. On December 11, 2020, Plaintiff filed his Complaint in the Superior Court of the State of California for the County of Orange, entitled *Dwain Lammey v. BP Resort, LLC*, Case No. 30-2020-01174074-CU-CR-CJC. A true and correct copy of the Complaint is attached hereto as Exhibit A.

4. The Complaint asserts two claims for relief against Defendant: (1) violation of Title III of the Americans with Disabilities Act ("ADA") (42 U.S.C. § 12101, *et seq*.) and (2) violation of the Unruh Civil Rights Act (California Civil Code §§ 51-53).

5. Plaintiff personally served Defendant with the Complaint on December 18, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of January, 2021, at Los Angeles, California

*/s/ Myra B. Villamor*
Myra B. Villamor