JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/5/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwain Lammey,<br><br>          Plaintiff,<br><br>     v.<br><br>BP Resort, LLC, a California Limited Liability Company, and Does 1-10,<br><br>          Defendants. | Case No. 8:21-cv-0086-CJC-KES<br><br>**ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES (DKT. 18)**<br><br>Complaint Filed:     Dec. 11, 2020<br>FAC Filed:              Mar. 31, 2021<br><br>Trial Date:  TBD<br>Final Pretrial Conference:  TBD |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. The Parties shall submit a joint status report within fourteen (14) days after the opinion in the last of the three cases cited herein is issued, which informs the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

3. The Clerk is ordered to administratively close this action without prejudice.

DATED: April 5, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE